UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID MOORE, et al.,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA,

      Defendants.

NO. CIV. S-04-0423 FCD JFM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1. The hearing on Defendant's Motion for Summary Judgment is continued to June 10, 2005 at 10:00 a.m. Plaintiffs' shall file and serve their opposition brief or notice of non-opposition no later than May 27, 2005. The Defendant may file and serve a reply on or before June 3, 2005.

    2. Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

1     3.   Defendants' counsel shall file his response to the
2 order to show cause on or before May 27, 2005.
3     4.   A hearing on the order to show cause will follow the
4 hearing on the Motion for Summary Judgment.
5     5.   In light of the continuation of the dispositive motion
6 hearing date, the final pretrial conference set for June 25, 2005
7 is VACATED and RESET to Friday, July 29, 2005 at 2:30 p.m.  The
8 joint pretrial statement shall be filed no later than
9 July 22, 2005.  The court trial shall remain as set.
10     IT IS SO ORDERED.
11 DATED: May 16, 2005.

                                              /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL, Jr.
                                              UNITED STATES DISTRICT JUDGE