UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID MOORE, et al.,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

NO. CIV. S-04-0423 FCD JFM

**SANCTIONS ORDER** AND
FURTHER ORDER TO SHOW CAUSE

----oo0oo----

Pursuant to the court's Order to Show, filed May 17, 2005, the court sanctions plaintiffs' counsel, William C. Callaham, $150.00 for failure to file a response to the OSC and a response to defendant's motion for summary judgment.[1]

Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

---

[1] Mr. Callaham's responses were due May 27, 2005; when no response was received, on May 31, 2005, the courtroom deputy notified Mr. Callaham's office and directed him to file a response by noon. To date, no response has been received.

1   This sanction is personal to the attorney, is to be borne by
2 him personally, and is not to be transmitted to the client by way
3 of a charge of attorney's fees and/or costs.
4   Counsel shall read the Civil Rules of the Local Rules of the
5 United States District Court for the Eastern District of
6 California in their entirety **within thirty (30) days** of the
7 filing of this Order for Sanctions.
8   Not later than thirty (30) days from the filing of this
9 Order, plaintiff's counsel shall file a declaration attesting to
10 his compliance with the terms of this Order.
11   Plaintiffs' counsel is directed to file an opposition or
12 notice of non-opposition to the motion for summary judgment on or
13 before June 8, 2005.  Failure to file said document will result
14 in the summary grant of the motion.  If counsel opposes the
15 motion, defendant shall have to and including June 17, 2005 to
16 file a reply.  The hearing on the motion is continued to
17 June 24, 2005 at 10:00 a.m.
18   The court also orders plaintiffs' counsel to show cause why
19 he should not be sanctioned further for failure to respond to the
20 court's prior orders, including the request of the courtroom
21 deputy on May 31, 2005.  Plaintiffs' counsel shall file his
22 response to this order to show cause on or before June 8, 2005.
23 A hearing on the order to show cause will follow the hearing on
24 the motion for summary judgment.
25   IT IS SO ORDERED.
26 DATED: June 1, 2005.
27                             /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, Jr.
28                              UNITED STATES DISTRICT JUDGE