|   |                                                               |
|---|---------------------------------------------------------------|
| 1 |                                                               |
| 2 |                                                               |
| 3 |                                                               |
| 4 |                                                               |
| 5 |                                                               |
| 6 |                                                               |
| 7 |                                                               |
| 8 |                                                               |

9           UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA

11
                    ----oo0oo----
12
DAVID MOORE, et al.,
13                                    NO. CIV. S-04-0423 FCD JFM
        Plaintiffs,
14                                    **SANCTIONS ORDER** AND
                                      ORDER RE: MOTION FOR SUMMARY
15                                    JUDGMENT
        v.
16
UNITED STATES OF AMERICA,
17
        Defendant.
18
                    ----oo0oo----
19

20     Pursuant to the court's Further Order to Show ("OSC"), filed
21 June 1, 2005, the court directed plaintiffs' counsel, William C.
22 Callaham, to file a response to the OSC and a response to
23 defendant's pending motion for summary judgment on or before
24 June 8, 2005.  No response was filed.
25     As such and pursuant to the June 1 OSC, the court sanctions
26 plaintiffs' counsel $300.00 for failure to file the appropriate
27 responses.  Payment should be in the form of a check made payable
28 to the Clerk of the Court.  The sum is to be paid personally by

plaintiffs' counsel not later than 10 days from the filing of this sanctions order.  The sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorneys' fees and/or costs. Counsel shall also review the Civil Rules of the Local Rules of the Eastern District Court of California in their entirety within 30 days of the filing of this order, and shall, not later than 30 days from the filing of this order, file a declaration attesting to his compliance with the order.

    The court further GRANTS defendant's motion for summary judgment, filed on March 29, 2005, on the basis of plaintiffs' non-opposition thereto.

    IT IS SO ORDERED.

DATED: June 9, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE