UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID MOORE, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

NO. CIV. S-04-0423 FCD JFM

**SANCTIONS ORDER** AND ORDER RE: MOTION FOR SUMMARY JUDGMENT

----oo0oo----

    Pursuant to the court's Further Order to Show ("OSC"), filed June 1, 2005, the court directed plaintiffs' counsel, William C. Callaham, to file a response to the OSC and a response to defendant's pending motion for summary judgment on or before June 8, 2005.  No response was filed.

    As such and pursuant to the June 1 OSC, the court sanctions plaintiffs' counsel $300.00 for failure to file the appropriate responses.  Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by

1  plaintiffs' counsel not later than 10 days from the filing of
2  this sanctions order.  The sanction is personal to the attorney,
3  is to be borne by him personally, and is not to be transmitted to
4  the client by way of a charge of attorneys' fees and/or costs.
5  Counsel shall also review the Civil Rules of the Local Rules of
6  the Eastern District Court of California in their entirety within
7  30 days of the filing of this order, and shall, not later than 30
8  days from the filing of this order, file a declaration attesting
9  to his compliance with the order.
10      The court further GRANTS defendant's motion for summary
11 judgment, filed on March 29, 2005, on the basis of plaintiffs'
12 non-opposition thereto.
13      IT IS SO ORDERED.
14 DATED: June 9, 2005.

                               /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, Jr.
                               UNITED STATES DISTRICT JUDGE