1
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11
                      ----oo0oo----
12
DAVID MOORE, et al.,
13                                  NO. CIV. S-04-0423 FCD JFM
            Plaintiffs,
14                                  ORDER RE REQUEST FOR
                                    CLARIFICATION
15                    v.

16 UNITED STATES OF AMERICA,

17          Defendant.

18                    ----oo0oo----

19      The court has reviewed defendant's request for clarification

20 of order, filed June 13, 2005, and HEREBY reinstates the entry of

21 judgment, filed June 9, 2005.  The court later vacated that

22 judgment, on June 10, 2005, because it construed defendant's

23 motion, which was unopposed, as a motion for summary

24 adjudication, and defendant did not, specifically, request entry

25 of judgment.  As demonstrated by the request for clarification,

26 defendant's motion alternatively sought summary judgment and thus

27 entry of judgment was, accordingly, properly entered.

28

As such, judgment is entered in favor of defendant in accordance with the court's sanctions order and order on defendant's motion filed June 9, 2005.

IT IS SO ORDERED.

DATED: June 14, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

2