IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MOORE, et al.,

       Plaintiff,                         No. CIV S-04-0423 FCD GGH PS

   vs.

UNITED STATES OF AMERICA,

       Defendant.                    ORDER REQUIRING STATUS REPORT

_____/

       Plaintiffs are proceeding pro se. On May 5, 2008, the case was referred to the undersigned. Review of the file indicates that a status conference is appropriate at this time; however, plaintiffs reside in Tennessee. Therefore the parties shall submit a joint status report, after which the court will schedule the case without a status conference.

       Accordingly, IT IS HEREBY ORDERED that the parties are directed to file, on or before June 27, 2008, a joint status report which complies with E.D. Cal. L.R. 16-240. The court will schedule the case shortly thereafter.

DATED: 05/20/08                               /s/ Gregory G. Hollows

                                                          GREGORY G. HOLLOWS
                                                          U.S. MAGISTRATE JUDGE

GGH/076 - Moore0423.sc.wpd

1