UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID MOORE, et. al.,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

NO. 2:04- cv-0423 FCD GGH PS

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representation of the defendant, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 20, 2008.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: May 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE