McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2799

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE and VERONICA MOORE,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. CIV S-04-0423 FCD GGH<br><br>STIPULATION AND ORDER RE SETTLEMENT AND FOR DISMISSAL |

It is hereby stipulated by and between plaintiffs David Moore and Veronica Moore (collectively, "plaintiffs") and defendant, the United States of America (with plaintiffs, "the parties") as follows:

1.   The parties hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation.

2.   The United States agrees to pay the sum of forty-five thousand one dollars ($45,001.00) to plaintiffs, which sum shall

be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this action, including any claims for wrongful death, which plaintiffs or their guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States, its agents, servants, and employees.

    3.   Plaintiffs and their guardians, heirs, executors, administrators or assigns hereby agree to accept the sum set forth in paragraph 2 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States, its agents, servants, and employees on account of the same subject matter that gave rise to this action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages.  Plaintiffs and their guardians, heirs, executors, administrators, or assigns further agree to reimburse, indemnify and hold harmless the United States and its agents, servants and employees from and against any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting

from further litigation or the prosecution of claims arising from the subject matter of this action.

4. Plaintiffs warrant and represent that they intend that this Stipulation shall release all existing and future claims against the United States and its agents, servants and employees arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action, including claims that are unknown and unforeseen, notwithstanding Section 1542 of the Civil Code of the State of California, which provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing [this] Release, which if known by him must have materially affected his settlement with the debtor.

5. This Stipulation is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States or its agents, servants, or employees, and it is specifically denied that they are liable to plaintiffs. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

6. The parties agree that they will each bear their own costs, fees, and expenses; that any attorney's fees owed by plaintiffs will be paid out of the settlement amount and not in addition thereto; and that all outstanding or future bills and liens will be the sole responsibility of plaintiffs.

7. Payment of the settlement amount will be made by one check payable to plaintiffs.

1    8.  The parties agree to execute and deliver such other and
2 further documents as may be required to carry out the terms of
3 this Agreement.
4    9.  Each person signing this Stipulation warrants and
5 represents that he or she possesses full authority to bind the
6 person[s] on whose behalf he or she is signing to the terms of
7 the Stipulation.
8    10.  Each person signing this Stipulation warrants and
9 represents that no promises, inducements, or other agreements not
10 expressly contained herein have been made; that this Stipulation
11 contains the entire agreement between the parties; and that the
12 terms of this Stipulation are contractual and not mere recitals.
13 This Stipulation may not be altered, amended, modified, or
14 otherwise changed in any respect, except by a writing duly
15 executed by the party to be charged.  All prior oral
16 understandings, agreements, and writings are superseded by this
17 Stipulation and are of no force or effect.
18    11.  Each person executing this Stipulation represents that
19 he or she has read and understands its contents; that he or she
20 executes this Stipulation voluntarily; that he or she has not
21 been influenced by any person acting on behalf of any party.
22    12.  The above-captioned action is hereby DISMISSED WITH
23 PREJUDICE in its entirety and, upon approval by the Court as
24 provided below, the Clerk of the Court is requested to enter this
25 dismissal and release in the official docket.
26    13.  Notwithstanding the entry of a dismissal herein, the
27 parties hereby stipulate that Hon. Frank C. Damrell, Jr.,
28 District Judge, shall retain jurisdiction to enforce the terms of

4

1 | this compromise settlement.

```
3  _____                              ___/s/_____
   Date                                   DAVID MOORE
4                                         Plaintiff

5
                                          ___/s/_____
6  _____                             VERONICA MOORE
   Date                                   Plaintiff
7

8                                         McGREGOR W. SCOTT
                                          United States Attorney
9

10
                                          ___/s/_____
11 _____                         By: DAVID T. SHELLEDY
   Date                                   Assistant U.S. Attorney
12                                        Attorney for the United States
```

**ORDER**

IT IS SO ORDERED.

Dated: June 6, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

5